IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. DKC-10-0618 |
| | : | CRIMINAL NO. DKC-10-0627 |
| ROBERT F. ROOD, IV | : | |
| | : | |

...oOo...

ORDER

Upon consideration of the Motion to Revoke Conditions of Pretrial Release filed by the government, it is hereby ORDERED this _____ day of July 2012, that:

1. The Motion is GRANTED;

2. An arrest warrant shall be issued for the arrest of the defendant, Robert F. Rood, IV, for violations of the terms of his pretrial release pending trial in the above-captioned matter; or

3. The defendant is hereby ordered to appear before the Court forthwith to show cause why his pretrial release should not be immediately revoked; and

4. A hearing shall be scheduled to determine whether the terms of release set for the defendant should be revoked.

_____
Deborah K. Chasanow
United States District Judge